IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TARA LEWIS** **PLAINTIFF**

**v.** **No. 3:26-cv-25-DPM**

**SOCIAL SECURITY ADMINISTRATION, Commissioner** **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 16*, adopted. Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes). Notwithstanding Lewis's migraines, substantial record evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Lewis's complaint will therefore be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 August 2026