IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TARA LEWIS** **PLAINTIFF**

**v.** **No. 3:26-cv-25-DPM**

**SOCIAL SECURITY ADMINISTRATION, Commissioner** **DEFENDANT**

# JUDGMENT

Lewis's complaint is dismissed with prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

28 August 2026